THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR NELSON, Appellant. (Appeal No. 2.) [869 NYS2d 846]—

Present—Martoche, J.P., Smith, Fahey and Pine, JJ.